JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESMEN DEMAY MIXON, | Case No. CV 15-09517 JAK (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  May 10, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE